UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THOMAS GESUALDI, et al.,

                Plaintiffs,

      - against -

TAPIA TRUCKING, LLC,

                Defendant.
-----------------------------------------------------------X

**ORDER**

**09 CV 842 (RJD) (RLM)**

DEARIE, Chief Judge.

      The Court has reviewed the Report & Recommendation of Magistrate Judge Roanne L. Mann, dated August 11, 2009, as well as the parties' submissions. Objections to the Report & Recommendation were due by August 31, 2009. No objections have been filed. The Court hereby adopts the Report & Recommendation in its entirety, and accordingly denies the relief sought in defendant's letter (see Letter from Estela Morales, President of defendant Tapia Trucking, LLC (May 22, 2009), Dkt. No. 6), which the magistrate judge appropriately construed as a motion to vacate the default judgment entered in this action (see Report & Recommendation, Dkt. No. 9, at 1; Judgment and Permanent Injunction (Apr. 23, 2009), Dkt. No. 5).

SO ORDERED.

Dated: Brooklyn, New York
       September 10, 2009

                                          s/ Judge Raymond J. Dearie
                                          RAYMOND J. DEARIE
                                          United States District Judge